

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00252-CV

## IN RE EIKO SILLITO

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Real Party in Interest the Texas Department of Family and Protective Services has filed a motion to dismiss this original proceeding as moot. According to a certificate of conference, Relator Eiko Sillito does not oppose the motion. No other party to the proceeding has filed a response. The motion is granted, and this original proceeding is dismissed.

PER CURIAM

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition dismissed
Opinion delivered and filed September 16, 2009
[OT06]